## WALKER v. STATE.
### No. 25767.

Court of Criminal Appeals of Texas.
March 19, 1952.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

Appellant was convicted of unlawfully keeping a bawdy house and was assessed the statutory punishment of 20 days in jail and a $200 fine.

The record is before us without a statement of facts or bills of exception. All proceeding appearing regular, the judgment is affirmed.

Opinion approved by the Court.